

**DAVID L. GLADWELL (1199)**
Chapter 7 Trustee
3159 North 10745 East
Ogden, Utah 84414-1779
Telephone: (801) 452-1126
g.david@epitrustee.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH - NORTHERN DIVISION

| | |
|---|---|
| In re: | |
| **HOLLADAY MEDICAL, LLC,** | Bankruptcy No. 02-21729 |
| Debtor. | Chapter 7 |
| | Judge: **William T. Thurman** |

### APPLICATION TO PAY FUNDS INTO THE REGISTRY

David L. Gladwell, the duly appointed and acting trustee ("Trustee") in the above captioned bankruptcy estate, represents to the court that:

1. On August 26, 2009, Trustee filed his final report with the clerk of the bankruptcy court.

2. On October 2, 2009, the order approving said final report and distributions set forth therein was entered by the clerk of the court.

3. On October 2, 2009, Trustee caused a distribution of estate funds to be sent to all claimants listed on the final report as approved by the court, including the claimants set forth in paragraph 4.

4. Despite diligent inquiry, Trustee has been unable to locate the following wage claimants representing claims totaling $16,245.68:

   a. Leing Kim Garcia        Claim # 40 (Check #136)        $1,825.44

   b. Vickie Green            Claim # 42 (Check #138)        $2,500.82



  c. Monique Sills-Hamilton  Claim # 102-1 (Check #146)  $4,294.27

  d. Kay Lee  Claim # 126 (Check #151)  $2,780.47

  e. Chamberlain Neff  Claim # 136 (Check #153)  $4,036.62

  f. Dawntai Zaharia  Claim # 146 (Check #154)  $808.06

5. The foregoing checks have been reversed and, where necessary, a stop payment order has been placed on the checks by Bank of America

6. Trustee hereby makes application to pay into the court's registry checks numbered 168, 169, 170, 171, 172, and 173, in amounts and order corresponding to the checks listed in paragraph 4 hereof, in the total sum of $16,245.68 made payable to the U.S. Bankruptcy Court for the District of Utah.

7. Said checks are attached hereto.

DATED this 5th day of February, 2010.

_____
Chapter 7 Trustee

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 5th day of February, 2010, a true and correct copy of the foregoing **Application to Pay Funds Into The Registry** was mailed in the U.S. Mail, first class, postage fully prepaid, or electronically by ECF, to the following:

Office of the U.S. Trustee
405 South Main, Suite 300
Salt Lake City, Utah 84101

**J. Thomas Beckett**
Parsons Behle & Latimer
201 South Main Street
Suite 1800
P.O. Box 45898
Salt Lake City, UT 84145-089

_____
Chapter 7 Trustee

-2-